Matter of Patouris (2026 NY Slip Op 01733)

Matter of Patouris

2026 NY Slip Op 01733

Decided on March 24, 2026

Appellate Division, First Department

Per Curiam 

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: March 24, 2026
SUPREME COURT, APPELLATE DIVISION
First Judicial Department

Motion No. 2025-07065|Case No. 2024-02371|

[*1]In the Matter of Nicholas Patouris, a Suspended Attorney: Attorney Grievance Committee for the First Judicial Department, Petitioner, Nicholas Patouris (OCA Atty Reg. 2072577), Respondent.

Disciplinary proceedings instituted by the Attorney Grievance Committee for the First Judicial Department. Respondent, Nicholas Patouris, was admitted to the Bar of the State of New York at a Term of the Appellate Division of the Supreme Court for the Second Judicial Department on September 24, 1986.

Jorge Dopico, Chief Attorney, Attorney Grievance Committee, New York City (Jesse M. Feldstein, of counsel), for petitioner.
Respondent, pro se.

Per Curiam 

Respondent Nicholas Patouris was admitted to the practice of law in the State of New York by the Second Judicial Department on September 24, 1986. At all times relevant to this proceeding, he maintained a business address within the First Judicial Department.
By order entered April 1, 2025, pursuant to the Rules for Attorney Disciplinary Matters (22 NYCRR) § 1240.9(a)(3), this Court immediately suspended respondent from the practice of law for failure to comply with the Attorney Grievance Committee's (AGC) lawful investigative demands by, inter alia, repeatedly failing to submit an answer to two disciplinary complaints as directed by the AGC (see Matter of Patouris, 238 AD3d 10 [1st Dept 2025]). On April 3, 2025, the AGC served respondent with notice of entry and a copy of this Court's suspension order by email. Respondent did not submit a response.
By motion dated December 30, 2025, the AGC seeks an order, pursuant to 22 NYCRR 1240.9(b), disbarring respondent on the ground that he was immediately suspended pursuant to 22 NYCRR 1240.9(a)(3) and has neither responded to nor appeared for further investigatory or disciplinary proceedings within six months of the date of his suspension.
We find that, inasmuch as six months have elapsed since this Court's April 1, 2025 suspension order, and respondent has neither responded to nor appeared for further investigatory or disciplinary proceedings, respondent should be disbarred and his name stricken from the roll of attorneys in the State of New York, effective immediately (see Matter of King, 236 AD3d 14 [1st Dept 2025]; Matter of Amankwaa, 232 AD3d 82 [1st Dept 2024]).
Accordingly, the AGC's motion should be granted, respondent disbarred, and his name stricken from the roll of attorneys and counselors-at-law in the State of New York, effective immediately.
All concur.
Wherefore, it is Ordered that the motion by the Attorney Grievance Committee for the First Judicial Department for an order pursuant to 22 NYCRR 1240.9(b), is granted, and respondent, Nicholas Patouris, is disbarred and his name stricken from the roll of attorneys and counselors-at-law in the State of New York, effective immediately, and until further order of this Court; and
It is further Ordered that, pursuant to Judiciary Law § 90, respondent, Nicholas Patouris, is commanded to desist and refrain from (1) the practice of law in any form, either as principal or agent, clerk or employee of another, (2) appearing as an attorney or counselor-at-law before any court, Judge, Justice, board, commission or other public authority, (3) giving to another an opinion as to the law or its application or any advice in relation thereto, and (4) holding himself out in any way as an attorney and counselor-at-law; and
It is further Ordered that, respondent, Nicholas Patouris, shall comply with the rules governing the conduct of disbarred or suspended attorneys (see 22 NYCRR 1240.15), which are made part hereof; and
It is further Ordered that if respondent, Nicholas Patouris, has been issued a secure pass by the Office of Court Administration, it shall be returned forthwith.
Entered: March 24, 2026